Order Filed on August 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq. (MD-4524)
850 U.S. Highway 1, 1st Floor
PO Box 1111
New Brunswick, NJ 08903-1111
(732) 246-1221
Attorneys for Mountainview at Greenbrook
Condominium Association, Inc.

In Re:

STEVEN JONES

Case No.: 13-30816

Judge: Kathryn C. Ferguson

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED**.

DATED: August 3, 2016

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ. (MD-4524)
850 U.S. HIGHWAY 1, 1st FLOOR
P.O. BOX 1111
NEW BRUNSWICK, NEW JERSEY 08903-1111
(732) 246-1221
ATTORNEYS FOR MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| STEVEN JONES | CASE NO.:  13-30816-KCF |
| Debtor. | **CONSENT ORDER** |

**CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF**

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Mountainview at Greenbrook Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Steven Jones (the "Debtor") is indebted to the Association in the amount of $5,087.18 (the "Total Due") in post-petition maintenance fees, special assessments and late fees through July 7, 2016 and attorneys' fees related to the Association's recent attempts to collect unpaid post-petition fees through July 7, 2016; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall pay the Association $2,000.00 by money order or certified check made payable to Mountainview at Greenbrook Condominium Association, Inc. and mailed to McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111, on or before July 20, 2016; and

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall, in addition to the regular monthly assessments (currently $152.00 per month, but subject to change) and the lump sum of $2,000.00, pay the Association $1029.06 per month for three months (the "Settlement Payments"), with the first payment due on August 1, 2016 and each subsequent payment due on the 1st of every month, until the Total Due is satisfied.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor shall maintain his post-petition assessments and other post-petition fees as they become due and owing to the Association commencing in August 2016; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to timely pay $2,000 by July 20, 2016 and/or the Settlement Payments as they become due and/or post-petition assessments and other post-petition fees as they become due, the Association shall be entitled to stay relief upon the filing of a Certification of Default on notice to the Debtor's attorney in the amount of the Total Due through July 7, 2016 plus all other assessments that have accrued since July 7, 2016 and attorneys' fees related to enforcement of this Consent Order, with credit being given for any payments received by the Association.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Mountainview at Greenbrook Condominium Association, Inc.

_/s/ Marlena S. Diaz-Cobo_
MARLENA S. DIAZ-COBO, ESQ.

_/s/ Bruce C. Truesdale_
BRUCE C. TRUESDALE, ESQ.
Attorney for Debtor