Order Filed on August 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq. (MD-4524)
850 U.S. Highway 1, 1st Floor
PO Box 1111
New Brunswick, NJ 08903-1111
(732) 246-1221
Attorneys for Mountainview at Greenbrook
Condominium Association, Inc.

In Re:

STEVEN JONES

Case No.: 13-30816

Judge: Kathryn C. Ferguson

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED**.

DATED: August 3, 2016

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ. (MD-4524)
850 U.S. HIGHWAY 1, 1st FLOOR
P.O. BOX 1111
NEW BRUNSWICK, NEW JERSEY 08903-1111
(732) 246-1221
ATTORNEYS FOR MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| STEVEN JONES | CASE NO.: 13-30816-KCF |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Mountainview at Greenbrook Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Steven Jones (the "Debtor") is indebted to the Association in the amount of $5,087.18 (the "Total Due") in post-petition maintenance fees, special assessments and late fees through July 7, 2016 and attorneys' fees related to the Association's recent attempts to collect unpaid post-petition fees through July 7, 2016; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall pay the Association $2,000.00 by money order or certified check made payable to Mountainview at Greenbrook Condominium Association, Inc. and mailed to McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111, on or before July 20, 2016; and

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall, in addition to the regular monthly assessments (currently $152.00 per month, but subject to change) and the lump sum of $2,000.00, pay the Association $1029.06 per month for three months (the "Settlement Payments"), with the first payment due on August 1, 2016 and each subsequent payment due on the 1st of every month, until the Total Due is satisfied.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor shall maintain his post-petition assessments and other post-petition fees as they become due and owing to the Association commencing in August 2016; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to timely pay $2,000 by July 20, 2016 and/or the Settlement Payments as they become due and/or post-petition assessments and other post-petition fees as they become due, the Association shall be entitled to stay relief upon the filing of a Certification of Default on notice to the Debtor's attorney in the amount of the Total Due through July 7, 2016 plus all other assessments that have accrued since July 7, 2016 and attorneys' fees related to enforcement of this Consent Order, with credit being given for any payments received by the Association.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Mountainview at Greenbrook Condominium Association, Inc.

_____
MARLENA S. DIAZ-COBO, ESQ.

_____
BRUCE C. TRUESDALE, ESQ.
Attorney for Debtor

3

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Jones  
     Debtor

Case No. 13-30816-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 03, 2016  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.  
db           +Steven Jones,    1053 Robin Court,    Greenbrook, NJ 08812-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com  
         Bruce C. Truesdale    on behalf of Debtor Steven   Jones brucectruesdalepc@gmail.com,  
          bctpcecf@gmail.com  
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,  
          bkgroup@kmllawgroup.com  
         Elysa D Bergenfeld    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,  
          Inc. edb@ansellgrimm.com,   rbl@ansellgrimm.com  
         Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Marlena   Miller    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,  
          Inc. mmiller@theassociationlawyers.com  
                                                                                                            TOTAL: 9