| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plaza<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08108<br>(609)250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | Order Filed on February 3, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Steven Jones | Case No.: 13-30816-KCF<br>Adv. No.:<br>Hearing Date: November 12, 2015 @ 11:00am<br><br>Judge: Kathryn Ferguson |

### AMENDED ORDER REGARDING CURING OF ARREARS OUTSIDE THE CHAPTER 13 PLAN RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT FOR AN ORDER TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: February 3, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:         Steven Jones
Case No.:       13-30816-KCF
Caption:        **AMENDED ORDER REGARDING CURING OF ARREARS OUTSIDE THE CHAPTER 13 PLAN RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT FOR AN ORDER TO VACATE STAY**

This matter having been brought before the Court by KML Law Group, PC, attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a certification of default for motion to vacate the automatic stay as to real property located at 1053 Robin Court, Green Brook, NJ 08812, and it appearing that the notice of said certification was properly served upon all parties concerned and this Court having considered the representations of attorneys for the Secured Creditor and Bruce C. Truesdale, attorney for Debtor, and it appearing that the Debtor is in arrears, outside the Chapter 13 Plan, to the aforesaid Secured Creditor, for payments and accumulated late charges due from March 2015, and for good cause having been shown;

It is **ORDERED, ADJUDGED** and **DECREED** Debtor is in arrears outside the plan to Secured Creditor for $9,177.86, which is comprised of regular payments from March through December (3 @ $654.40; 7 @ 714.13); stipulation payments from the previous cure order (5 @ $321.51; 1 @ $321.47); late charges (1 @ $21.60; 3 @ $26.17; 7 @ $28.56); less a suspense balance of $13.30;

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Debtor(s) cure(s) the aforesaid arrearages by immediately forwarding a check in the sum of $5,100.00 made payable to MidFirst Bank at 999 NW Grand Blvd., Oklahoma City, OK 73118 to be received on or before November 30, 2015; and

It is **ORDERED, ADJUDGED and DECREED** that the balance of arrears in the amount of $4,077.86 be paid by the Debtor forwarding to the Secured Creditor, in addition to their regular monthly mortgage payment, the sum of $ 679.65 per month for five months, and 1 payment of $679.61, which additional payment shall begin January 1, 2016 and continue for a total of 6 months until the arrears outside the Debtor's plan are cured; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Debtor makes regular mortgage payments, outside the Chapter 13 Plan, beginning in January 1, 2016, directly to the Secured Creditor, MidFirst Bank, at 999 NW Grand Blvd., Oklahoma City, OK 73118. (Note: The amount of the monthly mortgage payment is subject to change according to the terms of the mortgage); and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that for the duration of the Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments or

Debtor: Steven Jones
Case No.: 13-30816-KCF
Caption: **AMENDED ORDER REGARDING CURING OF ARREARS OUTSIDE THE CHAPTER 13 PLAN RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT FOR AN ORDER TO VACATE STAY**

cure payments are not made within thirty (30) days of the date said payment is due, the Secured Creditor may obtain an Order Vacating Automatic Stay As To Real Property by submitting a Certification to the Court indicating any such payment is more than thirty (30) days late; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that a copy of any application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor, MidFirst Bank, is hereby awarded reimbursement of fees in the sum of $350.00, which is to be paid through the Debtor's Chapter 13 Plan.