UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plaza
216 Haddon Ave., Suite 406
Westmont, NJ 08108
(609)250-0700
dcarlon@kmllawgroup.com
Attorneys for MidFirst Bank

| In Re: |
| --- |
| Steven Jones |

**Order Filed on February 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  13-30816-KCF

Adv. No.:

Hearing Date:  November 12, 2015 @ 11:00am

Judge:  Kathryn Ferguson

**AMENDED ORDER REGARDING CURING OF ARREARS OUTSIDE THE CHAPTER 13 PLAN RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT FOR AN ORDER TO VACATE STAY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: February 3, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:                    Steven Jones
Case No.:                 13-30816-KCF
Caption:                  **AMENDED ORDER REGARDING CURING OF ARREARS OUTSIDE
                          THE CHAPTER 13 PLAN RESOLVING SECURED CREDITOR'S
                          CERTIFICATION OF DEFAULT FOR AN ORDER TO VACATE STAY**

This matter having been brought before the Court by KML Law Group, PC, attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a certification of default for motion to vacate the automatic stay as to real property located at 1053 Robin Court, Green Brook, NJ 08812, and it appearing that the notice of said certification was properly served upon all parties concerned and this Court having considered the representations of attorneys for the Secured Creditor and Bruce C. Truesdale, attorney for Debtor, and it appearing that the Debtor is in arrears, outside the Chapter 13 Plan, to the aforesaid Secured Creditor, for payments and accumulated late charges due from March 2015, and for good cause having been shown;

It is **ORDERED, ADJUDGED** and **DECREED** Debtor is in arrears outside the plan to Secured Creditor for $9,177.86, which is comprised of regular payments from March through December (3 @ $654.40; 7 @ 714.13); stipulation payments from the previous cure order (5 @ $321.51; 1 @ $321.47); late charges (1 @ $21.60; 3 @ $26.17; 7 @ $28.56); less a suspense balance of $13.30;

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Debtor(s) cure(s) the aforesaid arrearages by immediately forwarding a check in the sum of $5,100.00 made payable to MidFirst Bank at 999 NW Grand Blvd., Oklahoma City, OK 73118 to be received on or before November 30, 2015; and

It is **ORDERED, ADJUDGED and DECREED** that the balance of arrears in the amount of $4,077.86 be paid by the Debtor forwarding to the Secured Creditor, in addition to their regular monthly mortgage payment, the sum of $ 679.65 per month for five months, and 1 payment of $679.61, which additional payment shall begin January 1, 2016 and continue for a total of 6 months until the arrears outside the Debtor's plan are cured; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Debtor makes regular mortgage payments, outside the Chapter 13 Plan, beginning in January 1, 2016, directly to the Secured Creditor, MidFirst Bank, at 999 NW Grand Blvd., Oklahoma City, OK 73118. (Note: The amount of the monthly mortgage payment is subject to change according to the terms of the mortgage); and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that for the duration of the Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments or

Page 3

| | |
|---|---|
| Debtor: | Steven Jones |
| Case No.: | 13-30816-KCF |
| Caption: | **AMENDED ORDER REGARDING CURING OF ARREARS OUTSIDE THE CHAPTER 13 PLAN RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT FOR AN ORDER TO VACATE STAY** |

cure payments are not made within thirty (30) days of the date said payment is due, the Secured Creditor may obtain an Order Vacating Automatic Stay As To Real Property by submitting a Certification to the Court indicating any such payment is more than thirty (30) days late; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that a copy of any application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor, MidFirst Bank, is hereby awarded reimbursement of fees in the sum of $350.00, which is to be paid through the Debtor's Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-30816-KCF
Steven Jones                                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1           Date Rcvd: Feb 03, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db              +Steven Jones,   1053 Robin Court,   Greenbrook, NJ 08812-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Bruce C. Truesdale   on behalf of Debtor Steven   Jones brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com
          Denise E. Carlon   on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@zuckergoldberg.com
          Elysa D Bergenfeld   on behalf of Creditor   Mountainview at Greenbrook Condominium Association,
           Inc. edb@ansellgrimm.com,  rbl@ansellgrimm.com
          Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlena  Miller   on behalf of Creditor   Mountainview at Greenbrook Condominium Association,
           Inc. mdiaz-Cobo@theassociationlawyers.com
                                                                                          TOTAL: 9