Order Filed on May 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq. (MD-4524)
850 U.S. Highway 1, 1st Floor
PO Box 1111
New Brunswick, NJ 08903-1111
(732) 246-1221
Attorneys for Mountainview at Greenbrook
Condominium Association, Inc.

In Re:

STEVEN JONES

Case No.: 13-30816

Judge: Kathryn C. Ferguson

Chapter: 13

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED**.

**DATED: May 1, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ. (MD-4524)
850 U.S. HIGHWAY 1, 1st FLOOR
P.O. BOX 1111
NEW BRUNSWICK, NEW JERSEY 08903-1111
(732) 246-1221
ATTORNEYS FOR MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| STEVEN JONES | CASE NO.: 13-30816-KCF |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

THIS MATTER having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Mountainview at Greenbrook Condominium Association, Inc. (the "Association"), by way of a Certification of Default and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Steven Jones (the "Debtor") is indebted to the Association in the amount of $6,110.24 (the "Total Due") in post-petition maintenance fees, special assessments, late fees and attorneys' fees related to the Association's recent attempts to collect unpaid post-petition fees for the period from November 1, 2014 through April 4, 2017; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor hereby acknowledges and agrees to pay the Total Due to Mountainview at Greenbrook Condominium Association, Inc., on the following schedule:

    a.    $2,500.00 on or before April 15, 2017; and

    b.    $1,203.41 on or before May 15, 2017; and

    c.    $1,203.41 on or before June 15, 2017; and

    d.    $1,203.42 on or before July 15, 2017.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor shall maintain his post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing in May 2017; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

**WE HEREBY CONSENT TO THE FORM**
**AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Mountainview at Greenbrook Condominium Association, Inc.

_/s/ Marlena S. Diaz-Cobo_
MARLENA S. DIAZ-COBO, ESQ.

_/s/ Bruce C. Truesdale_
BRUCE C. TRUESDALE, ESQ.
Attorney for Debtor

3