Order Filed on May 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq. (MD-4524)
850 U.S. Highway 1, 1st Floor
PO Box 1111
New Brunswick, NJ 08903-1111
(732) 246-1221
Attorneys for Mountainview at Greenbrook
Condominium Association, Inc.

In Re:

STEVEN JONES

Case No.: 13-30816

Judge: Kathryn C. Ferguson

Chapter: 13

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED**.

DATED: May 1, 2017

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ. (MD-4524)
850 U.S. HIGHWAY 1, 1st FLOOR
P.O. BOX 1111
NEW BRUNSWICK, NEW JERSEY 08903-1111
(732) 246-1221
ATTORNEYS FOR MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| STEVEN JONES | CASE NO.: 13-30816-KCF |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Mountainview at Greenbrook Condominium Association, Inc. (the "Association"), by way of a Certification of Default and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Steven Jones (the "Debtor") is indebted to the Association in the amount of $6,110.24 (the "Total Due") in post-petition maintenance fees, special assessments, late fees and attorneys' fees related to the Association's recent attempts to collect unpaid post-petition fees for the period from November 1, 2014 through April 4, 2017; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor hereby acknowledges and agrees to pay the Total Due to Mountainview at Greenbrook Condominium Association, Inc., on the following schedule:

    a.    $2,500.00 on or before April 15, 2017; and

    b.    $1,203.41 on or before May 15, 2017; and

2

    c.     $1,203.41 on or before June 15, 2017; and

    d.     $1,203.42 on or before July 15, 2017.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor shall maintain his post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing in May 2017; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

**WE HEREBY CONSENT TO THE FORM**
**AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Mountainview at Greenbrook Condominium Association, Inc.

_____
MARLENA S. DIAZ-COBO, ESQ.

_____
BRUCE C. TRUESDALE, ESQ.
Attorney for Debtor

-3-

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Jones  
     Debtor

Case No. 13-30816-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: May 01, 2017  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.  
db        +Steven Jones,   1053 Robin Court,   Greenbrook, NJ 08812-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Bruce C. Truesdale    on behalf of Debtor Steven   Jones brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
        Bruce C. Truesdale    on behalf of Creditor    Mountainview at Greenbrook Condominium Association, Inc. brucectruesdalepc@gmail.com,  bctpcecf@gmail.com;r49787@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Elysa D Bergenfeld    on behalf of Creditor    Mountainview at Greenbrook Condominium Association, Inc. edb@ansellgrimm.com,  rbl@ansellgrimm.com  
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marlena   Miller    on behalf of Creditor    Mountainview at Greenbrook Condominium Association, Inc. mdiaz-Cobo@theassociationlawyers.com

                                                                                                                                TOTAL: 10