Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−30816−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/10/18 at 09:00 AM

to consider and act upon the following:

*121* − Creditor's Certification of Default (related document:47 Motion for Relief from Stay re: 1053 Robin Court, Green Brook, NJ. Fee Amount &#036 176. filed by Creditor Mountainview at Greenbrook Condominium Association, Inc., 49 Objection filed by Debtor Steven Jones, 57 Response filed by Debtor Steven Jones, 65 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 12/5/2017. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Certification from client # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/6/17

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court