Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 13−30816−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/10/18 at 09:00 AM

to consider and act upon the following:

*121* − Creditor's Certification of Default (related document:47 Motion for Relief from Stay re: 1053 Robin Court, Green Brook, NJ. Fee Amount &#036 176. filed by Creditor Mountainview at Greenbrook Condominium Association, Inc., 49 Objection filed by Debtor Steven Jones, 57 Response filed by Debtor Steven Jones, 65 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 12/5/2017. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Certification from client # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/6/17

                                                  Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Jones  
       Debtor

Case No. 13-30816-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Dec 06, 2017  
                      Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
db          +Steven Jones,   1053 Robin Court,   Greenbrook, NJ 08812-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:  
         Albert  Russo   docs@russotrustee.com  
         Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Brian C. Nicholas   on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Bruce C. Truesdale   on behalf of Debtor Steven  Jones brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
         Bruce C. Truesdale   on behalf of Creditor   Mountainview at Greenbrook Condominium Association, Inc. brucectruesdalepc@gmail.com,   bctpcecf@gmail.com;r49787@notify.bestcase.com  
         Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon   on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Elysa D Bergenfeld   on behalf of Creditor   Mountainview at Greenbrook Condominium Association, Inc. edb@ansellgrimm.com,   rbl@ansellgrimm.com  
         Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marlena  Miller   on behalf of Creditor   Mountainview at Greenbrook Condominium Association, Inc. mdiaz-Cobo@theassociationlawyers.com  
                                                                                     TOTAL: 11