|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**ABELSON & TRUESDALE, LLC**<br>**BRUCE C. TRUESDALE, P.C.**<br>147 Union Avenue * Suite 1E<br>Middlesex, New Jersey 08846-1063<br>By: Bruce C. Truesdale, Esq. (BT 0928)<br>(732) 302-9600<br>**Attorney for the Debtor** | Order Filed on May 30, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**STEVEN JONES** | Case No.:     13-30816<br><br>Adv. No.:<br>Hearing Date:<br><br>Judge: Kathryn C. Ferguson |

### CONSENT ORDER TO RESOLVE MOTION FOR STAY RELIEF AND TO REINSTATE THE AUTOMATIC STAY AND TO RESERVE DEBTOR'S RIGHT TO OBJECT TO ATTORNEY FEES BEING CHARGED BACK TO DEBTOR BY MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC. AND GRANTING RELATED RELIEF

The relief set forth on the following pages, number two (2) through two (2), is hereby **ORDERED.**

**DATED: May 30, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
In re: Steve Jones    Case No.: 13-30816 KCF

## CONSENT ORDER TO RESOLVE MOTION FOR STAY RELIEF AND TO REINSTATE THE AUTOMATIC STAY AND TO RESERVE DEBTOR'S RIGHT TO OBJECT TO ATTORNEY FEES BEING CHARGED BACK TO DEBTOR BY MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC. AND GRANTING RELATED RELIEF

THIS CASE, having been filed in the District of New Jersey and having been assigned to The Honorable Kathryn C. Ferguson, Trenton Vicinage, and counsel for Mountainview at Greenbrook Homeowner's Association, Inc. (hereinafter "the Association") and counsel for the Debtor Steven Jones having agreed that the Association's Motion for Stay Relief will be resolved and that the Automatic Stay will be reinstated and in addition, the Debtor's right to object to the attorney fees being charged back to debtor by the Association will be reserved and the Court, after reviewing the submissions and record and being advised that this Order is entered into with the consent of the parties, makes the following:

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. This underlying bankruptcy case was commenced by the filing of a petition with the Clerk of this Court on September 24, 2013.

2. The debtor's "common charge" is $175.00 (it had been $137.00 and then 162.00).

3. A Certification of Default was filed by the Association on 10/17/17.

4. Attached to the Motion for Relief is a partial copy of debtor's Statement of Account.

5. Included on the Statement of Account are Common Charges, Late Fees, "fines," assessments and legal fee chargebacks totaling $19,645.28 for the period December 2015 to October 2017.

6. The parties have agreed to resolve the instant Motion and to reinstate the Automatic Stay and the debtor reserves the right to object to and argue other charges contained on the Statement of Account, as necessary, at a later date.

7. It is agreed that the Association and debtor will settle the instant motion for Stay Relief and Reinstate the Automatic Stay by the debtor's immediate tendering of $5,496.80, representing balance owing, maintenance fees from May 2017 to October 2017, late fees and legal fees related to work performed June 2017 to October 2017. (Monies have been tendered).

8. It is agreed that the debtor reserves the right to object to legal fees charged back, "fines, late charges and assessments" on his Statement of Account.

9. It is agreed that the debtor reserves his right to object to attorney fees charged back to his account by Mountainview At Greenbrook Condominium Association, Inc.

Page 3
In re: Steve Jones    Case No.: 13-30816 KCF

## CONSENT ORDER TO RESOLVE MOTION FOR STAY RELIEF AND TO REINSTATE THE AUTOMATIC STAY AND TO RESERVE DEBTOR'S RIGHT TO OBJECT TO ATTORNEY FEES BEING CHARGED BACK TO DEBTOR BY MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC. AND GRANTING RELATED RELIEF

10. The Debtor will continue to make his post-petition condominium association payments outside the Plan.

11. The parties consent to the entry of this Consent Order and are properly before this Court, and this Court has proper jurisdiction over this proceeding.

**BASED UPON THE FOREGOING FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND BY AND WITH THE CONSENT OF THE PARTIES, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion for Stay Relief will be settled and the Automatic Stay Reinstated by the debtor's immediate payment of $5,496.80 to be paid from his Counsel's Trust Account (monies have been tendered).

2. The right of the debtor to object to legal fees charged back, "fines, late charges and assessments on the Statement of Account be and hereby is reserved.

3. The Debtor will continue to make his post-petition condominium association payments outside of the Plan.

WE CONSENT TO THE ENTRY OF THIS ORDER:

_____    _____
Bruce C. Truesdale, Esq.         Marlena Díaz-Corbo, Esq.
Attorney for the Debtor          Counsel for Mountainview at Greenbrook
                                 Homeowners Association, Inc.

Date: 5/16/18                    Date: 5/11/18

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 13-30816-KCF
Steven Jones                                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin              Page 1 of 1                Date Rcvd: May 31, 2018
                          Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db            +Steven Jones,    1053 Robin Court,    Greenbrook, NJ 08812-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Bruce C. Truesdale    on behalf of Debtor Steven   Jones brucectruesdalepc@gmail.com,
       bctpcecf@gmail.com;r49787@notify.bestcase.com
      Bruce C. Truesdale    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
       Inc. brucectruesdalepc@gmail.com,    bctpcecf@gmail.com;r49787@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
       bkgroup@kmllawgroup.com
      Elysa D Bergenfeld    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
       Inc. edb@ansellgrimm.com,    rbl@ansellgrimm.com
      Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marlena   Miller    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
       Inc. mdiaz-Cobo@theassociationlawyers.com
                                                                                                                  TOTAL: 11