UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

BRUCE C. TRUESDALE, PC
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
Phone#: 732-302-302-9066
Fax#: 732-302-9066
By: Bruce C. Truesdale, Esq. (BT 0928)

Order Filed on February 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Steven Jones

Case No.: 13-30816-KCF

Chapter: 13

Judge: Kathryn C. Fergunson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 8, 2019

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq._____, the applicant, is allowed a fee of $ ___3,870.00___ for services rendered and expenses in the amount of $___5.85___ for a total of $___3,875.85___. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*