Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−30816−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Steven Jones
  1053 Robin Court
  Greenbrook, NJ 08812

Social Security No.:
  xxx−xx−8758

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 19, 2019
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-30816-KCF
Steven Jones                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db          +Steven Jones,    1053 Robin Court,    Greenbrook, NJ 08812-1738
cr          +Midland Mortgage,    a division of MidFirst Bank,    Attn: Bankruptcy Dept.,
              999 N.W. Grand Boulevard,   Oklahoma City, OK 73118-6051
514231876   +AA Action Collection,    29 Columbia Turnpike Suite 203,    Florham Park, NJ 07932-2240
514231877   +Abelson & Truesdale, LLC,    147 Union Avenue,    Suite 1E,    Middlesex, NJ 08846-1063
514231878   +Child Support Enforcement,    Union County Probation Department,    Albender Bldg.,
              1143 E. Jersey Street,    Elizabeth, NJ 07201-2310
514231879   +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
514231881    Midland Mortgage Company/MidFirst Bank,    PO Box 268888,    Oklahoma City, OK 73126-8888
514231882   +Mountainview At Greenbrook Condo Assoc,    c/o Wilkin Management Group,    45 Whitney Road,
              Mahwah, NJ 07430-3160
514231883   +Mountainview At Greenbrook Condo Assoc,    c/o Wilkins Management Group Inc.,    45 Whitney Road,
              Mahwah, NJ 07430-3160
514231884    PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
514231885   +Radom & Wetter,    3421 Route 22 East,    Somerville, NJ 08876-6026
514231887   +Superior Court of NJ Union Vicinage,    Probation Division - Child Supp 4th Flr,
              1143 E. Jersey Street,    Attn: Ndubuisi Ejike, Probation Officer,    Elizabeth, NJ 07201-2310
514330632   +Tasheen M. Lambert,    24 Treetop Road,    Middlesex, NJ 08846-2071
514297206   +US Dept. of HUD,    c/o Deval, LLC,    1255 Corporate Drv., #300,    Irving, TX 75038-2585
514231889    Union County Probation,    Child Support Enforcement,    32 Winfield Scott Plaza,
              Elizabeth, NJ 07201
514483143    Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:09     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:07     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
514344258   +EDI: JEFFERSONCAP.COM Feb 20 2019 06:23:00     Collecto Us Asset Managemnt, Inc.,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
514231880   +EDI: AMINFOFP.COM Feb 20 2019 06:28:00     First Premier bank,    601 S. Minnesota Avenue,
              Sioux Falls, SD 57104-4868
514262050   +E-mail/Text: bankruptcy@pseg.com Feb 20 2019 02:04:08     PSEG,    PO BOX 490,
              Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
514397171   +E-mail/Text: csidl@sbcglobal.net Feb 20 2019 02:05:32     Premier BankCard/Charter,
              Post Office Box 2208,    Vacaville, CA 95696-8208
514311416    EDI: NEXTEL.COM Feb 20 2019 06:28:00     Sprint Nextel,    Attn Bankruptcy Dept,    PO Box 7949,
              Overland Park KS 66207-0949
514231886    EDI: CBS7AVE Feb 20 2019 06:28:00     Seventh Avenue,    1112 7th Avenue,
              Monroe, WI 53566-1364
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514682500     Mountainview at Greenbrook Condominium Association,     c/o Herrick, Feinstein LLP,
              210 Carnegie Center, Princeton New Jerse,     Attn: Elysa D. Bergenfeld, Esq.
514231888     SWB,    Customersercvice@swb-processing.com
cr          ##+Mountainview at Greenbrook Condominium Association,    c/o Herrick, Feinstein LLP,
              Attn: Elysa D. Bergenfeld, Esq.,    210 Carnegie Center,    Princeton, NJ 08540-6233
514231890   ##+Zucker, Goldberg & Ackerman,    200 Sheffiled Street, Suite 301,    PO Box 1024,
              Mountainside, NJ 07092-0024
                                                                                    TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2         Date Rcvd: Feb 19, 2019
                              Form ID: 148               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Bruce C. Truesdale    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
               Inc. brucectruesdalepc@gmail.com,    bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Steven   Jones brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
               Inc. edb@ansellgrimm.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena   Miller    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
               Inc. collections@theassociationlawyers.com
              Michael M Khalil    on behalf of Debtor Steven   Jones mkhalil@atrbklaw.com
                                                                                              TOTAL: 12
```