Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−30816−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/11/19 at 10:00 AM

to consider and act upon the following:

*150* − Motion for Payment of Unclaimed Funds in the Amount &#036 8228.13 Filed by Marlena S. Diaz−Cobo on behalf of Mountainview at Greenbrook Condominium Association, Inc.. Hearing scheduled for 6/12/2019 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Exhibit A: Consent Order # 5 Exhibit B: Order Confirming Plan # 6 Exhibit C: Amended Proof of Claim) (Diaz−Cobo, Marlena)

Dated: 5/14/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court