Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  13−30816−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven Jones
    1053 Robin Court
    Greenbrook, NJ 08812

Social Security No.:
    xxx−xx−8758

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/11/19 at 10:00 AM

to consider and act upon the following:

*150* − Motion for Payment of Unclaimed Funds in the Amount &#036 8228.13 Filed by Marlena S. Diaz−Cobo on behalf of Mountainview at Greenbrook Condominium Association, Inc.. Hearing scheduled for 6/12/2019 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Exhibit A: Consent Order # 5 Exhibit B: Order Confirming Plan # 6 Exhibit C: Amended Proof of Claim) (Diaz−Cobo, Marlena)

Dated: 5/14/19

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 13-30816-KCF
Steven Jones                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 14, 2019
                              Form ID: ntchrgbk        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db             +Steven Jones,    1053 Robin Court,    Greenbrook, NJ 08812-1738
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+Mountainview at Greenbrook Condominium Association,    c/o Herrick, Feinstein LLP,
                Attn:  Elysa D. Bergenfeld, Esq.,    210 Carnegie Center,    Princeton, NJ 08540-6233
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Bruce C. Truesdale    on behalf of Debtor Steven   Jones brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
               Inc. brucectruesdalepc@gmail.com,    bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
               Inc. edb@ansellgrimm.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena   Miller    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
               Inc. collections@theassociationlawyers.com
              Michael M Khalil    on behalf of Debtor Steven   Jones mkhalil@atrbklaw.com
                                                                                               TOTAL: 12
```