| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>McGovern Legal Services, LLC<br>By: Marlena S. Diaz-Cobo, Esq.<br>850 Carolier Lane<br>North Brunswick, NJ 08902<br>(732) 246-1221<br>Attorneys for Mountainview at Greenbrook<br>Condominium Association, Inc. | **Order Filed on June 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>STEVEN JONES | Case No.:  13-30816-KCF<br><br>Judge:   Kathryn C. Ferguson<br><br>Chapter:         13 |

**ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following pages, numbered one (1) though two (2) is hereby
**ORDERED.**

**DATED: June 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

The Court having reviewed the Movant's Motion for Payment of Unclaimed Funds, and any related responses or objections, it is hereby

ORDERED that:

1. The unclaimed funds totaling $8,228.13 shall be paid to Creditor, Mountainview at Greenbrook Condominium Association, Inc.

2. The check shall be made payable to Mountainview at Greenbrook Condominium Association, Inc. and mailed to the Association's attorney, McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902.

3. The Association's counsel shall serve a copy of this order on Albert Russo, the trustee appointed to this case, and any other party who entered an appearance on the motion.