UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Mountainview at Greenbrook
Condominium Association, Inc.

**Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN JONES

Case No.: 13-30816-KCF

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following pages, numbered one (1) though two (2) is hereby **ORDERED.**

**DATED: June 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

The Court having reviewed the Movant's Motion for Payment of Unclaimed Funds, and any related responses or objections, it is hereby

ORDERED that:

1. The unclaimed funds totaling $8,228.13 shall be paid to Creditor, Mountainview at Greenbrook Condominium Association, Inc.

2. The check shall be made payable to Mountainview at Greenbrook Condominium Association, Inc. and mailed to the Association's attorney, McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902.

3. The Association's counsel shall serve a copy of this order on Albert Russo, the trustee appointed to this case, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 13-30816-KCF
Steven Jones                                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin              Page 1 of 1              Date Rcvd: Jun 26, 2019
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db              +Steven Jones,    1053 Robin Court,    Greenbrook, NJ 08812-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Bruce C. Truesdale    on behalf of Debtor Steven   Jones brucectruesdalepc@gmail.com,
   bctpcecf@gmail.com;r49787@notify.bestcase.com
      Bruce C. Truesdale    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
   Inc. brucectruesdalepc@gmail.com,    bctpcecf@gmail.com;r49787@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
   bkgroup@kmllawgroup.com
      Elysa D Bergenfeld    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
   Inc. edb@ansellgrimm.com
      Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Marlena Miller    on behalf of Creditor    Mountainview at Greenbrook Condominium Association,
   Inc. collections@theassociationlawyers.com
      Michael M Khalil    on behalf of Debtor Steven   Jones mkhalil@atrbklaw.com
                                                                                                        TOTAL: 12